# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

IN RE:   Brandon Ray Hellard                                        Case Number:   13-50610
         Debtor

## ORDER CONFIRMING THE FIRST
## AMENDED PLAN FILED ON 5/17/2013
## WITH AMENDMENT(S)

A plan under Chapter 13 having been filed and served by the debtor on all creditors, and it appearing that the plan meets requirements for confirmation, IT IS ORDERED:

THE PLAN IS CONFIRMED.

The plan as confirmed is deemed to incorporate by reference all pre-confirmation orders affecting the treatment of claims and liens, and to the extent of any inconsistency between the plan and any order, the terms of the order are deemed to control.

The Trustee is authorized to adjust the amount of the monthly payment disbursed to each secured creditor as may be necessary in the administration of the plan.

Any fee requested in section III.C.1.a of the plan is hereby allowed.

Copies to:

Brandon Ray Hellard
PO Box 1411
Mount Vernon, KY  40456

CARTER, CHRIS A.
1717 RICHMOND ROAD NORTH
SUITE 1
BEREA , KY  40403

CAPITAL ONE, NA
% BASS & ASSOCIATES, PC
3936 E FORT LOWELL RD, STE 200
TUCSON, AZ  85712

WELLS FARGO BANK, NA
ATTN: BANKRUPTCY DEPARTMENT
3476 STATEVIEW BLVD.
MAC D3347-014
FORT MILL, SC  29715

BAIRD AND BAIRD PSC
P O BOX 351
PIKEVILLE, KY  41502-0351

BAIRD AND BAIRD PSC
P O BOX 351
PIKEVILLE, KY  41502-0351

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Friday, July 12, 2013**
**(grs)**